JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     **Category No.** III     **Investigating Agency** FBI, HHS-OIG

**City**   Pompano Beach

**County**   Broward County, FL

**Related Case Information:**

2022 JUL -8 AM 10: 16

**\*\*Same defendant in related civil case: 18-cv-10050-RGS (under seal)**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Solera Specialty Pharmacy, LLC    Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name _____

Address    (City & State) Pompano Beach, Florida

Birth date (Yr only): _____ SSN (last4#): _____ Sex _____ Race: _____ Nationality: _____

**Defense Counsel if known:**    Anthony J. Mahajan    Address   Frier Levitt, LLC

**Bar Number** _____

84 Bloomfield Avenue
Pine Brook, NJ 07058

**U.S. Attorney Information:**

**AUSA**   David Derusha, Abraham George, Amanda Strachan    Bar Number if applicable   Derusha: 678454

**Interpreter:**    ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:**    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes ☑ No

**Matter to be SEALED:**    ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   7/8/2022     Signature of AUSA: _David J. Derusha_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Solera Specialty Pharmacy, LLC _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. s. 1347 | Health Care Fraud | Count 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013