UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>)  Criminal No. 22-cr-10150 |
| SOLERA SPECIALTY PHARMACY, LLC, | )<br>)<br>) |
| Defendant | )<br>) |

**JOINT MOTION FOR EXCLUSION OF
<u>TIME UNDER THE SPEEDY TRIAL ACT</u>**

The United States of America and Defendant Solera Specialty Pharmacy, LLC ("Solera") hereby jointly move for an order excluding a 36-month period from the computation of time within which any trial must be commenced upon the charges contained in the Information, pursuant to Title 18, United States Code, Section 3161(h)(2) of the Speedy Trial Act.

Section 3161(h)(2) provides for the exclusion of time under the Speedy Trial Act for "any period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct."  18 U.S.C. § 3161(h)(2); *see also United States v. Fokker Services B.V.*, 818 F.3d 733, 746 (D.C. Cir. 2016) (reversing district court decision denying motion to exclude time under § 3161(h)(2) where parties had voluntarily entered into a deferred prosecution agreement).

On July 8, 2022, the United States and Solera entered into a written Deferred Prosecution Agreement (hereinafter, "the Agreement").  The purpose of the Agreement is to allow Solera to

1


demonstrate its good conduct and implement certain remedial measures.

In Paragraph 1 of the Agreement, Solera agreed to waive its right to an indictment, and agreed to the filing of the Information in this Court charging it with one count of health care fraud in violation of Title 18, United States Code, Section 1347.

Pursuant to Paragraph 4 of the Agreement, in light of Solera's remedial actions to date, its willingness to acknowledge and accept responsibility for its actions, its agreement to settle related civil claims with the United States and pay a civil settlement to the United States in the amount of $1,310,000 plus interest, its willingness to cooperate with the United States, and its willingness to demonstrate future good conduct, the United States is deferring the criminal prosecution of Solera on the Information for a period of 36 months.  Pursuant to Section 3161(h)(2) of Title 18 of the United States Code, the United States requests the Court exclude this 36-month period from computation under the Speedy Trial Act.

Solera hereby joins in this request and does not oppose a continuance of all further criminal proceedings for a period of 36 months, with the understanding that this entire 36-month period will be excluded for purposes of the Speedy Trial Act. Solera further waives any and all rights to a speedy trial pursuant to the Sixth Amendment of the United States Constitution, Title 18, United States Code, Section 3161, Federal Rule of Criminal Procedure 48(b), and any applicable Local Rules of the United States District Court for the District of Massachusetts for this period that the Agreement is in effect.

The United States has agreed that if Solera is in compliance in all respects with all of its obligations under the Agreement, the United States, within 30 days of the expiration of the period set forth in Paragraph 4 of the Agreement, or at an earlier time at the discretion of the

United States, will move for dismissal with prejudice of the charges in the Information against Solera.

WHEREFORE, the United States and Solera respectfully request that this Court enter an Order continuing all criminal proceedings for a period of 36 months, and exclude that period from computation under the Speedy Trial Act.

Respectfully submitted,

| | |
|---|---|
| RACHAEL S. ROLLINS<br>UNITED STATES ATTORNEY | For the Defendant, |
| */s/ David J. Derusha*<br>DAVID J. DERUSHA<br>ABRAHAM R. GEORGE<br>AMANDA P.M. STRACHAN<br>Assistant United States Attorneys<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>david.derusha@usdoj.gov | */s/ Anthony J. Mahajan*<br>ANTHONY J. MAHAJAN<br>Frier Levitt, LLC<br>84 Bloomfield Avenue<br>Pine Brook, NJ 07058<br>(973) 852-8359<br>amahajan@frierlevitt.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to all registered participants and to counsel to the defendant via email at amahajan@frierlevitt.com.

<div style="text-align:right">

*/s/ David J. Derusha*
DAVID J. DERUSHA
Assistant U.S. Attorney

</div>

Dated: July 8, 2022